

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-18-00165-CR

**IN RE ROBERT WHITFIELD**

**Original Proceeding**

**MEMORANDUM OPINION**

In this original proceeding, Relator Robert Whitfield seeks a writ of mandamus compelling Respondent, the Honorable Deborah Oakes Evans, Judge of the 87th District Court of Freestone County, to provide him a free copy of all of his court records and transcripts to use in a post-conviction writ of habeas corpus.[1]

An indigent criminal defendant is not entitled to obtain a free copy of the record after exhausting his direct appeal in the absence of a specific, compelling reason. *See In*

---

[1] The petition for writ of mandamus has several procedural deficiencies. It does not include the certification required by Rule of Appellate Procedure 52.3(j). *See* TEX. R. APP. P. 52.3(j). It also lacks a proper proof of service; a copy of all documents presented to the Court must be served *on all parties* to the proceeding and must contain proof of service. *Id.* 9.5. Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules in this proceeding only. *Id.* 2.

*re Coronado*, 980 S.W.2d 691, 693 (Tex. App.—San Antonio 1998, orig. proceeding) (per curiam); *Eubanks v. Mullin*, 909 S.W.2d 574, 576-77 (Tex. App.—Fort Worth 1995, orig. proceeding); *see also In re Petruccelli*, No. 10-08-00010-CR, 2008 WL 257288, at *1 (Tex. App.—Waco Jan. 30, 2008, orig. proceeding) (per curiam) (mem. op., not designated for publication). The record before us does not show that Whitfield has demonstrated a specific, compelling reason for his request.

Accordingly, Whitfield's petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition denied
Opinion delivered and filed May 30, 2018
Do not publish
[OT06]

